IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 24-cv-02449-CNS-CYC | Date: March 5, 2025 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| SILAS PADILLA  **Plaintiff** | *Igor Raykin* |
| v. | |
| ELIZABETH SCHOOL DISTRICT C-1  **Defendant** | *Benjamin Hase* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 2:59 p.m.

Appearance of counsel.

Argument as to [23] Defendant's Motion to Dismiss Plaintiff's Amended Complaint given by Mr. Raykin and Mr. Hase with questions from the Court.

As outlined on the record it is

**ORDERED:** **[23] Defendant's Motion to Dismiss Plaintiff's Amended Complaint is GRANTED without prejudice.**

**Plaintiff is granted leave to file a Second Amended Complaint within two weeks.**

**Discovery is STAYED pending the filing of an amended complaint and responsive pleading.**

Court in Recess: 3:24 p.m.   Hearing concluded.   Total time in Court: 00:25